# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

BRADLEY GENE BOLTON,      )
                                   )

       *Plaintiff*,         )
                                   )

v.                              )      No.:  3:13-cv-562-TAV-HGB
                                   )

JOHN DOES 1-4,         )
                                   )

       *Defendants*.     )

## MEMORANDUM AND ORDER

This is a *pro* se prisoner's civil rights action pursuant to 42 U.S.C. § 1983.  On October 8, 2013, the Court allowed plaintiff to proceed without prepayment of costs or fees, dismissed as defendants Knox County Sheriff Jimmy J.J. Jones and the Knox County Detention Facility, and ordered that process would not issue for the four John Doe defendants until plaintiff provided the Clerk's Office with the correct names and addresses of those individuals.  Plaintiff has filed a motion to continue the deadline to provide the correct names of the John Doe defendants and states that he is in the process of obtaining that information.  The motion to continue [Doc. 5] is **GRANTED**.  Plaintiff shall have up to and including October 1, 2014, within which to provide the Clerk's Office with the correct names and addresses of the John Doe defendants.

    **E N T E R :**

                           s/ Thomas A. Varlan
                           CHIEF UNITED STATES DISTRICT JUDGE