UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BRADLEY GENE BOLTON, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No.: 3:13-cv-562-TAV-HGB |
| | ) | |
| TERRY BARRETT and | ) | |
| JOHN DOES 1-3, | ) | |
| | ) | |
| *Defendants*. | ) | |

## MEMORANDUM

This is a *pro* se prisoner's civil rights action pursuant to 42 U.S.C. § 1983. On October 8, 2013, the Court allowed plaintiff to proceed without prepayment of costs or fees, dismissed as defendants Knox County Sheriff Jimmy J.J. Jones and the Knox County Detention Facility, and ordered that process would not issue for the four John Doe defendants until plaintiff provided the Clerk's Office with the correct names and addresses of those individuals. Plaintiff subsequently provided the Court with the name of one of the John Doe defendants, Terry Barrett, and filed a motion to continue the deadline to provide the names of the remaining John Doe defendants.

The Court granted the motion to continue and directed the Clerk to send the plaintiff a service packet for defendant Barrett; plaintiff was ordered to complete the service packet and return it to the Clerk's Office for service of process. Plaintiff's copy of the order and the service packet, which were mailed to him at his last known address of Irwin County Detention Center in Ocilla, Georgia, were returned undelivered on

December 3, 2014, with the notation "inmate no longer at this facility." Plaintiff bears the burden of prosecuting his action, which includes informing the Court of his correct mailing address, and he has not done so.

Therefore, this action will be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991). The Court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Rule 24 of the Federal Rules of Appellate Procedure.

**AN APPROPRIATE ORDER WILL ENTER.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2